# ORIGINAL

CC: FILER    IFP SUBM.

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF __HAWAII__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 21 2023
at 12 o'clock and 45 min. P M
Lucy H. Carrillo, Clerk

Esther Kapiolani Kane Carver

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. CV23 00611 RT
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

-against-

State of Hawaii 1st Circuit Judiciary(ies) CASA Department of Human Services (CWS)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Esther, Kapiolani Kane Carver
- Street Address: 55-506 Iosepa Street
- City and County: Laie
- State and Zip Code: Hawaii 96762
- Telephone Number: 808 692 2830
- E-mail Address: KapiolaniEsther@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: State of Hawaii 1st Circuit Judiciary
- Job or Title (if known): Judge(s) CASA Appointed Attorneys
- Street Address: Family Court Moon Building
- City and County: Kapolei Oahu
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Department of Human Services
- Job or Title (if known): Child Welfare
- Street Address: Waikamilo
- City and County: Honolulu Oahu

2

State and Zip Code _Hawaii_____
Telephone Number _____
E-mail Address _____
(if known)

Defendant No. 3

Name _____
Job or Title _____
(if known)
Street Address _____
City and County _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____
(if known)

Defendant No. 4

Name _____
Job or Title _____
(if known)
Street Address _____
City and County _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____
(if known)

II.   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Constitution Freedom of Religion Exercise native tribal existance of family land practice and citizenship living.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Esther Kapiolani Kondeong, is a citizen of the State of *(name)* Hawaii.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* the Carver Children, is incorporated under the laws of the State of *(name)* Hawaii, and has its principal place of business in the State of *(name)* Hawaii.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Judge Shaw, Natasha, is a citizen of the State of *(name)* Hawaii. Or is a citizen of *(foreign nation)* USA.

4

b. If the defendant is a corporation

The defendant, (name) Emily Kauwe (CASA), is incorporated under the laws of the State of (name) Hawaii, and has its principal place of business in the State of (name) Hawaii. Or is incorporated under the laws of (foreign nation) USA British, and has its principal place of business in (name) Kapolei.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

I and my children are dependants heir to all revenue generated by on through the archipelago entry on to Hawaiʻi soil. Into the quaTRillions !!! That's right! ed.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Circuit Court by legal deGree has collaborated Human Trafficing of infant toddler and child by Violation of my Constitutional Freedom of Religion belief that it is my Responsibility to Care for my children Physical Emotional, Mental Educational Provisional Food Shelter Clothing Person(s) By Failing to Provide Proper due Process(es). Hearing Notice (Fair), Uphold Business Ethics and Income syllabus described to Public Service.

ALSO by: Seize, Capture, Hostage, Holdings and Ransom Demand Implement. ed

5

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking for the release of my children from Hostage Captive State To Restitute them to my, our Home, me their female parent, by conception, labor & birth mother. Please let go my children Return them to my Care. That I may fulfill my God Given Responsibilities.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-21, 2023.

Signature of Plaintiff _____

Printed Name of Plaintiff   Esther Kapiolani Kane Carrer

B. **For Attorneys**

Date of signing: _____, 20__.

6

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Address                   _____
Telephone Number          _____
E-mail Address            _____